# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>                Plaintiff,<br><br>vs.<br><br>L.E. SCRIBNER, et al.,<br><br>                Defendants. | CASE NO. 07cv438 BTM (LSP)<br><br>**ORDER:**<br><br>**(1) DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME [Doc. #35];**<br><br>**and**<br><br>**(2) ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [Doc. #13]** |

      In a Report and Recommendation filed on July 23, 2007, Magistrate Judge Papas recommended that the Court deny Plaintiff's motion for default judgment. Any objections to the Report and Recommendation were required to be filed on or before August 3, 2007. On August 6, 2007, the Clerk received a motion from Plaintiff for an extension of time to file his objection. Plaintiff states that he has recently been denied access to the prison law library and he argues that such access is needed in order to formulate a proper response to the Report and Recommendation.

      The Court finds that Plaintiff has not shown any need for law library access in formulating an objection to the Report and Recommendation. Magistrate Judge Papas recommended denying the motion for default judgment as premature because the answer

deadline for most Defendants had not passed.  In addition, no proof of service had yet been filed for two Defendants, thereby precluding the grant of default judgment.  An executed waiver of service has since been returned for Defendant Nelson [Doc. #31], and the summons for Defendant Zill was returned unexecuted the same day [Doc. #32].  Nonetheless, the deadline for Defendant Nelson's answer has also not passed yet.  Accordingly, the deficiencies in Plaintiff's motion for default judgment cannot be cured by any reference to legal materials.  Rather, the motion must be denied at this time unless Plaintiff can show that the facts surrounding the service of Plaintiff's complaint are not accurately reflected in the Report and Recommendation.  Therefore, the Court **DENIES** Plaintiff's motion for an extension of time to file an objection to the Report and Recommendation.

Furthermore, the Court finds the disposition of the Report and Recommendation suitable for determination without oral argument, in accordance with CivLR 7.1(d)(1), and hereby vacates the August 10, 2007 hearing set for this matter.  The Court agrees with the Report and Recommendation and adopts it as the decision of the Court.  Plaintiff's Motion for Default Judgment is therefore **DENIED**.

**IT IS SO ORDERED.**

DATED:  August 9, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge